# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LATOSHA HUDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-23-941-F |
| | ) |
| GRADY COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On November 29, 2023, United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation (Report). *See*, doc. no. 5. In the Report, Magistrate Judge Green recommended that the court dismiss the above-entitled action without prejudice to refiling, pursuant to Rule 41(b), Fed. R. Civ. P. The dismissal recommendation was based upon plaintiff LaTosha Hudson's failure to comply Magistrate Judge Green's Order to Plaintiff to Cure Deficiencies (doc. no. 4), entered on November 1, 2023.

Magistrate Judge Green advised plaintiff of her right to file an objection to the Report on or before December 20, 2023, and specifically advised her that failure to make a timely objection to the Report waives the right to appellate review of both factual and legal questions therein contained.

To date, plaintiff has not filed an objection to the Report. She also has not requested an extension of time to file an objection. With no timely objection filed, the court accepts, adopts, and affirms the Report in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Amanda Maxfield Green is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

The above-entitled action is **DISMISSED WITHOUT PREJUDICE** to refiling pursuant to Rule 41(b), Fed. R. Civ. P.

A judgment shall issue separately.

DATED this 5th day of January, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0941p001.docx